PORTER, executor, *v.* COOK, ordinary, for use.

LITTLE, J.   There being sufficient evidence to support the verdict, the trial judge being satisfied therewith, and no error of law being complained of, this court will not control his discretion in refusing to set it aside and grant a new trial.   *Judgment affirmed.   All the Justices concurring.*

Argued June 23, — Decided July 14, 1897.

Levy and claim.   Before Judge Hutchins.   Walton superior court.   August term, 1896.

*J. M. Pace* and *T. Spearman*, for plaintiff in error.
*H. D. McDaniel* and *F. C. Foster*, contra.

---

HYNDS MANUFACTURING COMPANY *v.* HAYES & COMPANY.

LITTLE, J.   No error of law is complained of; the evidence was sufficient to support the verdict, and the presiding judge did not abuse his discretion in refusing to grant a new trial.
*Judgment affirmed.   All the Justices concurring.*

Argued June 24, — Decided July 14, 1897.

Action for damages.   Before Judge Prior.   City court of Hall county.   February term, 1896.

*F. M. Johnson*, for plaintiff.
*W. L. Telford*, for defendant.